IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ROBERT HOSSFELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:16-CV-130-RP |
| | § | |
| ELEPHANT INSURANCE COMPANY, | § | |
| ELEPHANT INSURANCE SERVICES, LLC, | § | |
| and ADMIRAL GROUP, PLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Notice of Dismissal, filed June 14, 2016 (Dkt. 8). By way of the notice, Plaintiff Robert Hossfeld seeks to voluntarily dismiss all claims raised against Defendants Elephant Insurance Company, Elephant Insurance Services, LLC, and Admiral Group, PLC. *See* FED. R. CIV. P. 41(a)(1)(i) (allowing dismissal of an action by the filing of a notice of dismissal prior to the defendant filing an answer). Accordingly, **IT IS ORDERED** that all claims and causes of action asserted by Plaintiff are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office is directed to close this case. Each party is to bear its own attorney's fees and costs.

**SIGNED** on June 29, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE